## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NATALIA HUBERT, AUBREON HUBERT, ERIN BILLINGTON, and TIFFANY TAPIA, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:20-cv-02450 |
| v. | ) ) | JURY DEMANDED |
| OSWEGO JUNCTION ENTERPRISES LLC d/b/a PROHIBITION JUNCTION SPORTS BAR & GRILL, TILLMAN LIGGINS, and KEVIN FIALKO, | ) ) ) ) ) | Judge Charles Kocoras  Magistrate Judge Jeffrey Gilbert |
| Defendants. | ) | |

### NOTICE OF FILING

To:     Kenneth S. McLaughlin, Jr.
        McLaughlin & Associates, P.C.
        1 E. Benton St., Suite 301
        Aurora, Illinois 60505

    PLEASE TAKE NOTICE that pursuant to Judge Gilbert's Order of July 9, 2021,

Dkt. 61, Plaintiffs hereby file the parties' Settlement Agreement and General Release,

attached as Exhibit A.


                        Respectfully submitted,



                        /s/   Christopher J. Wilmes
                        One of the Attorneys for the Plaintiffs


Christopher J. Wilmes (Illinois Bar No. 6287688)
Kate E. Schwartz (Illinois Bar No. 6310130)
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100

## CERTIFICATE OF SERVICE

The undersigned certifies that this notice and the attached Settlement Agreement

have been filed with the Clerk of the Court using the CM/ECF system for filing and

transmittal of a notice to the following CM/ECF Registrants on July 12, 2021.

> Kenneth S. McLaughlin, Jr.
> McLaughlin & Associates, P.C.
> 1 E. Benton St., Suite 301
> Aurora, Illinois 60505

/s/ Christopher J. Wilmes
One of the Attorneys for Plaintiffs