IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATALIA HUBERT, AUBREON HUBERT, ERIN BILLINGTON, and TIFFANY TAPIA, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:20-cv-02450 |
| v. | ) ) | |
| OSWEGO JUNCTION ENTERPRISES LLC d/b/a PROHIBITION JUNCTION SPORTS BAR & GRILL, TILLMAN LIGGINS, and KEVIN FIALKO, | ) ) ) ) ) | Magistrate Judge Jeffrey Gilbert |
| Defendants. | ) | |

## **ORDER**

This matter coming before the Court on the Parties' Joint Motion for Approval of their Settlement Agreement (the "Motion"), IT IS HEREBY ORDERED:

1. This is an action by restaurant workers to recover alleged unpaid wages, liquidated damages, and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C § 216 ("FLSA"), and the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/4 & 4a.

2. Defendants Oswego Junction Enterprises, LLC ("Oswego Junction") owns and operates a bar/restaurant in Oswego, Illinois doing business as Prohibition Junction. Oswego Junction's managing member is Mattoon Investments, LLC ("Mattoon"). Mattoon's managing director is Kevin Fialko ("Fialko"). Tillman Liggins ("Liggins") was acting as manager of Prohibition.

3. Plaintiffs Natalia Hubert, Aubreon Hubert, Erin Billington, and Tiffany Tapia, and opt-in Plaintiffs Hannah Walczak and Elizabeth Keeler allege that Defendants willfully violated the FLSA and IMWL by not paying them time-and-a-half for hours worked in excess of 40 in a

workweek, and/or less than the applicable minimum wage. *See* 29 U.S.C. §§ 206-207; 820 ILCS 105/4-4a. Defendants deny all material allegations.

4. The Court has reviewed the Motion and the proposed Confidential Settlement Agreement. The Court finds that there is a bona fide legal dispute with respect to all of the Plaintiffs' claims, including their FLSA and IMWL claims. The Court also finds that the total settlement amount and individual settlement awards are reasonable and fair given the legal dispute between the Parties and the risks of litigation. The Court also finds that payment to Plaintiffs' counsel for their attorneys' fees and costs is reasonable.

5. Accordingly, the Court grants the Motion and approves the Settlement Agreement, including the release of claims against Defendants.

6. This matter is dismissed with prejudice.


Dated: August 20, 2021            Entered by:

_____
Judge Jeffrey T. Gilbert

2